Steven E. Edwards
14975031
Federal Prison Camp.
P.O. Box 1000
Butner, North Carolina 27509

Cint H(1)

Send this
media

To Magistrate Judge Trevor Sharp.
United States District Court
P.O. Box 2708
Greensboro, North Carolina 27402.

INSPECTED

RECEIVED
In This Office
AUG 11 2011
CLERK U.S. DISTRICT COURT
GREENSBORO, NC

Case 1:11-cv-00633-TDS-JEP   Document 1-1   Filed 08/11/11   Page 1 of 2

