

Edward - 14975031
Prison Camp
1000
North Carolina 27509

To Magistrate Judge Trevor Sharp
District Court of North Carolina
P.O. Box 27708
Greensboro, North Carolina 27402

INSPECTED

RECEIVED IN THIS OFFICE
SEP - 7 2011
CLERK, U.S. DISTRICT COURT
GREENSBORO, NC