IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STEVEN E. EDWARDS,           )
                             )
            Plaintiff,       )
                             )
      v.                     )       1:11CV633
                             )
UNITED STATES DISTRICT COURT,)
                             )
            Defendant.       )

ORDER

On August 26, 2011, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections to the Recommendation within the time limit prescribed by Section 636. (Doc. 4.)

The court has reviewed Plaintiff's objections *de novo* and finds they do not change the substance of the United States Magistrate Judge's Recommendation (Doc. 2), which is affirmed and adopted.

IT IS THEREFORE ORDERED that this action is DISMISSED pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted.

IT IS FURTHER ORDERED that for the same reasons given for dismissal, the court finds that any appeal would not be in good faith and permission to proceed on appeal *in forma pauperis* is denied pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24.

/s/ Thomas D. Schroeder<br>United States District Judge

April 3, 2012