IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STEVEN E. EDWARDS,                )
                                  )
            Plaintiff,            )
                                  )
        v.                        )       1:11CV633
                                  )
UNITED STATES DISTRICT COURT,     )
                                  )
            Defendant.            )

## JUDGMENT

For the reasons set out in an Order entered contemporaneously with this Judgment,

IT IS ORDERED AND ADJUDGED that this action is DISMISSED pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted.

IT IS FURTHER ORDERED that for the same reasons given for dismissal, the court finds that any appeal would not be in good faith and permission to proceed on appeal *in forma pauperis* is denied pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24.

                              /s/ Thomas D. Schroeder
                              United States District Judge

April 3, 2012